**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 18 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEXANDER VINOKUROV, individually and on behalf of all others similarly situated; et al., <br><br> Plaintiffs, <br><br> LOCAL UNION AND DISTRICT COUNSEL FUND; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> WET SEAL, INC.; et al., <br><br> Defendants - Appellees. | No. 07-56648 <br><br> D.C. No. CV-04-07159-GAF <br> Central District of California, <br> Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S DISTRICT COURT
MAR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation. A copy of this order sent to the district court shall act as and for the mandate of this court.

> For the Court:
> MOLLY C. DWYER
> Acting Clerk of the Court
>
> Teresa A. Haugen, Deputy Clerk
> 9th Cir. R. 27-7/Advisory Note to R. 27
> and 9th Cir. R. 27-10

TAH/Pro Mo

A TRUE COPY
ATTEST

CATHY A. CATTERSON
Clerk of Court

by: _____
Deputy Clerk

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 03/18/2008 at 2:58:23 PM PDT and filed on 03/18/2008
**Case Name:** Vinokurov, et al v. Wet Seal, Inc., et al
**Case Number:** 07-56648
**Document(s):** Document(s)

**Docket Text:**
Order filed (Deputy Clerk: TAH) Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation. A copy of this order sent to the district court shall act as and for the mandate of this court. [Frap 42;Procedural termination without judicial action;].

The following document(s) are associated with this transaction:
**Document Description:** Dispositive Clerk Order Filed
**Original Filename:** 07-56648.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=03/18/2008] [FileNumber=6475670-0]
[4d23aaa97b27b44b4feaad5db550274edcf1d1f82bb06e78bb1b827b83e8a3d5e50d916017103e699ee4a6

**Notice will be mailed to:**

Avrith, Charles, Attorney
HUGHES HUBBARD & REED, LLP
36th Floor
350 S. Grand Ave.
Los Angeles, CA 90071-3442

Barrack, Leonard, Attorney
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103-0000

Longo, Amy J., Attorney
O'MELVENY & MEYERS
15th Fl.
400 South Hope Street
Los Angeles, CA 90071-2899

Nagler, Lawrence H., Attorney
NAGLER & ASSOCIATES

2300 S. Sepulveda Blvd.
Los Angeles, CA 90064-0000

Niehaus, Eric I., Attorney
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
Ste. 1900
655 W. Broadway
San Diego, CA 92101-0000

Stern, Charles M., Attorney
KATTEN MUCHIN ROSENMAN, LLP
Suite 2600
2029 Century Park East
Los Angeles, CA 90067-3012

USDC, Los Angeles
Central District of California (Los Angeles)
312 North Spring Street
Los Angeles, CA 90012

Ward, Samuel M., Attorney
BARRACK, RODOS & BACINE
Ste. 850
402 West Broadway
San Diego, CA 92101-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6475670
**RELIEF(S) DOCKETED:**
  to issue mandate (for dispositive orders which act as mandate only)
**DOCKET PART(S) ADDED:** 5543074, 5538921, 5543075